UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GUTTIERI,<br><br>        Plaintiff,<br><br>    v.<br><br>RAY MABUS,<br><br>        Defendant. | Case No. 15-cv-03346-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 17)** |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is April 14, 2016.

IT IS FURTHER ORDERED that the parties participate in alternative dispute resolution. The parties shall meet and confer further on what form of ADR is appropriate and when it should occur.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Fact Discovery Cut-Off ........................................................................................ July 1, 2016

Designation of Opening Experts with Reports ..................................................... July 29, 2016

---

[1] *See* Docket No. 17.

Case No. 15-cv-03346-PSG
CASE SCHEDULING ORDER

1

| | |
|---|---:|
| Designation of Rebuttal Experts with Reports | August 22, 2016 |
| Expert Discovery Cut-Off | September 23, 2016 |
| Dispositive Motions Filing Deadline | October 3, 2016 |
| Dispositive Motions Hearing | November 8, 2016 at 10:00 AM |
| Pre-Trial Conference | January 10, 2017 at 10:00 AM |
| Jury Trial | January 30, 2017 at 9:30 AM |

**SO ORDERED.**

Dated: February 9, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge