BRIAN J. STRETCH (CSBN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

>150 Almaden Boulevard, Suite 900
>San Jose, CA  95113
>Telephone:  (408) 535-5044
>Facsimile:  (408) 535-5081
>e-mail:  james.scharf@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GUTTIERI, | Civil No. 5:15-cv-03346 KAW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| RAY MABUS, Secretary of the Navy, | |
| Defendant. | |

On June 14, 2016, Dkt. No. 26, upon reassignment of this case, this Court scheduled a Case Management Conference for July 12, 2016.  Assistant United States Attorney James A. Scharf, attorney for Defendant, will be on annual leave July 8, 2016, through July 18, 2016.  The parties are presently conducting deposition discovery in accordance with the Amended Stipulation and Order Continuing Pretrial Deadlines, Dkt. No. 24.  The parties request that the July 12, 2016 Case Management Conference be continued to August 9, 2016, or any date thereafter that may be convenient for the Court.

Dated: June 22, 2016                                Respectfully submitted,

                                                    PIERCE & SHEARER, LLP

                                        By:     */s/*_____
                                                ANDREW F. PIERCE
                                                STACY Y. NORTH
                                                Attorneys for Plaintiff


                                                BRIAN J. STRETCH
                                                United States Attorney

                                        By:     */s/*_____
                                                JAMES A. SCHARF
                                                Assistant United States Attorney
                                                Attorneys for Defendant


## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and based on good cause, it is hereby ordered: The Case Management Conference scheduled for July 12, 2016, is continued to August 9, 2016, at 1:30 p.m. The parties' Joint Case Management Statement is due August 2, 2016.

DATED: June  27 , 2016

_____
Hon. Kandis A. Westmore
United States Magistrate Judge

Guttieri v. Mabus, Case No. 5:15-cv-03346 KAW
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

2