UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN GUTTIERI,<br><br>            Plaintiff,<br><br>    v.<br><br>RAY MABUS,<br><br>            Defendant. | Case No.  15-cv-03346-KAW<br><br>ORDER REGARDING PROPOSED STIPULATED PROTECTIVE ORDER<br><br>Re: Dkt. No. 35 |

On October 11, 2016, the parties filed a stipulated protective order. They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 11.)

Accordingly, the parties are ordered to submit, within 7 days of this order, (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, or (c) a declaration explaining why use of one of the model orders is not practicable.

IT IS SO ORDERED.

Dated: October 14, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge