Andrew F. Pierce, Esq. (State Bar No. 101889)
Stacy Y. North, Esq. (State Bar No. 219034)
PIERCE & SHEARER LLP
Woodside Corporate Center
2055 Woodside Road, Suite 110
Redwood City, CA 94061
Phone (650) 843-1900
Fax    (650) 843-1999
Email: apierce@pierceshearer.com
       snorth@pierceshearer.com

Attorneys for Plaintiff
KAREN GUTTIERI


BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney
JULIE BIBB DAVIS (CABN 184957)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Phone: (408) 535-5044
Fax: (408) 535-5081
Email: james.scharf@usdoj.gov

Attorneys for Defendant
RAY MABUS, Secretary,
United States Department of the Navy

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN GUTTIERI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RAY MABUS, Secretary, United States Department of the Navy,<br><br>Defendants. | Case No. 4:15-cv-03346-KAW<br><br>**STIPULATION TO DISMISS; [PROPOSED] ORDER TO DISMISS**<br><br>Judge: Magistrate Judge Kandis A. Westmore |

**STIPULATION TO DISMISS; [PROPOSED] ORDER TO DISMISS**                                    Case No. 5:15-cv-03346-KAW

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff, Karen Guttieri, and Defendant, Ray Mabus, Secretary, United States Department of the Navy, through their designated counsel that, as the settlement proceeds have been disbursed, the above-referenced action is voluntarily dismissed with prejudice in its entirety pursuant of Civil Procedure, Rule 41(a) and pursuant to the Stipulation and Agreement of Compromise and Settlement dated November 28, 2016.  The parties request the Court to vacate the February 28, 2017 Case Management Conference and close the file.

IT IS SO STIPULATED.

Respectfully Submitted,

Date: February 22, 2017                    PIERCE & SHEARER LLP

By: __/s/  Stacy Y. North_____
    Stacy Y. North
    Attorneys for Plaintiff
    KAREN GUTTIERI

Date: February 22, 2017                    BRIAN J. STRETCH
    UNITED STATES ATTORNEY

By: __/s/ James A. Scharf_____
    JAMES A. SCHARF
    Assistant U.S. Attorney

**STIPULATION TO DISMISS; [PROPOSED]**
**ORDER TO DISMISS**                                        Case No. 5:15-cv-03346-KAW

1

THEREFORE, IT IS ORDERED THAT, pursuant to FRCP 41(a), the above-referenced action is dismissed with prejudice.

Dated: _____, 2017      _____
                                                                              HONORABLE KANDIS A. WESTMORE,
                                                                              Judge of the United States District Court